NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of T.E.C., a child. | ) |
| | ) |
| ———————————————— | ) |
| | ) |
| S.I.C., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )   Case No. 2D17-3802 |
| | ) |
| M.L.G., | ) |
| | ) |
| Appellee. | ) |
| ———————————————— | ) |

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Hendry
County; James D. Sloan, Judge.

S.I.C., pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, SLEET, and LUCAS, JJ., Concur.